UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.  8:14-cr-118-T-30TGW

RAYMOND LACHANCE

**FORFEITURE MONEY JUDGMENT**

The United States moves (Doc. 30), under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment in the amount of $161,002.00 against defendant Raymond LaChance, representing the amount of proceeds he obtained as a result of the violation charged in Count One of the Indictment.

The defendant pleaded guilty to Count One, theft of government funds belonging to the United States and the United States Social Security Administration, in violation of 18 U.S.C. § 641, and the Court adjudicated him guilty of this offense.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained $161,002.00 in proceeds as a result of the violation of 18 U.S.C. § 641 charged in Count One, for which defendant Raymond LaChance has been found guilty.  Accordingly, it is hereby

**ORDERED** that for good cause shown, the motion (Doc. 30) of the United States is GRANTED.

It is FURTHER **ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant Raymond LaChance is personally liable to the United States of America for a forfeiture money judgment in the amount of $161,002.00, which represents the amount of proceeds he received as a result of the offense charged in Count One of the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of the $161,002.00 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**ORDERED** in Tampa, Florida, this 10th day of September, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

F:\Docs\2014\14-cr-118 forfeit MJ 30.docx